UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 29 2025

2 o'clock and 48 min. PM
Lucy H. Carrillo, Clerk

| UNITED STATES OF AMERICA | ) | CASE NUMBER 25-mj-00287 |
|---|---|---|
| | ) | |
| vs | ) | ABSTRACT OF RELEASE |
| | ) | |
| Samantha Ann Dennis | ) | |
| | ) | |
| _____ | ) | |

TO THE UNITED STATES MARSHAL AND/OR WARDEN, FEDERAL DETENTION CENTER:

Be advised that on the date of __4/29/2025__ the Court entered the following order:

__✓__ Defendant to be released from custody forthwith

    __✓__ Released to / continued on pretrial release

    _____ Sentenced to time served

    _____ Case Dismissed

    _____ Released to / continued on supervised probation / unsupervised probation

    _____ Released to / continued on supervised release

_____ Defendant to be released once bond conditions are met. As conditions have been met effective _____, defendant to be released forthwith.

_____ Bench warrant recalled

_____ Other: _____

Lucy H. Carrillo
~~Sue Beitia~~, Clerk of Court

by: A.B.    Deputy Clerk