> **NOTICE:**
> **THIS DOCUMENT IS FILED WITH REDACTIONS PURSUANT TO CRIMINAL L.R. 32.2(e)**

SALINA M. KANAI #8096
Federal Public Defender
District of Hawai'i

MELINDA K. YAMAGA #9246
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawai'i  96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:   Melinda_Yamaga@fd.org

Attorney for Defendant
SAMANTHA ANN DENNIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA, | ) | CR. NO.  25-00065 DKW |
|---|---|---|
| Plaintiff, | ) | DEFENDANT'S SENTENCING MEMORANDUM; EXHIBITS "A" – "C"; CERTIFICATE OF SERVICE |
| vs. | ) | |
| SAMANTHA ANN DENNIS, | ) | [REDACTED] |
| Defendant. | ) | DATE:  November 25, 2025<br>TIME:  9:00 am<br>JUDGE:  Derrick K. Watson |

## DEFENDANT'S SENTENCING MEMORANDUM

   Nervously and repeatedly, Samantha Dennis would ask what was going to happen to her. Even after receiving a thorough explanation, she would ask again and again. It

was clear her question was less a search for information and more an expression of her anxiety – nothing that directly answered the question could address the anxiousness underlying the inquiry. The most effective response, it turned out, was to first reassure her with acknowledgment: she was not, and is not, a terrible mother, not a failure, and her efforts are meaningful and admirable. And then secondly, to remind her to focus on what was within her control, which included completing every requirement asked of her with diligence and letting go of things not within her control.

    She has done exactly that. Ms. Dennis took a catastrophic mistake and used it as a catalyst to prove—to herself, her daughter, the family court, and the criminal court—that her actions in November of last year do not define her. Ms. Dennis has successfully completed all the State of Hawaiʻi Family Court requirements, resulting in the case being terminated in her favor. Exhibit A. Her daughter has been allowed to live with her since August, and Ms. Dennis has now regained full parental rights. She continues to work on mending the bond between them, supporting her daughter in her transition to school here in Hawaiʻi, so far from their home, and paving the way for them to return to something more familiar and comfortable in California. Also, to this end, Ms. Dennis has maintained a relationship with her family in California—her aunts and grandmother—who believe in her and are willing to provide emotional support. Exhibit B. Having this support network will be critical for her future success. And finally, Ms. Dennis has remained sober. She achieved this by committing herself to treatment, therapy, and regularly attending AA meetings. Exhibit C.

    Ms. Dennis describes the past year as the most difficult of her life. She deeply regrets her actions and has paid significantly because of them. She fully understands

that attempting to cope with sadness, loneliness, or anxiety with alcohol is never the answer. The recommended sentence, a term of probation, will provide oversight to ensure she maintains this understanding. Given the tremendous progress she has made over the last year, even in a place where she has no connection or family support, a two-year term of probation which will provide three years of court supervision (when adding in her pretrial time), is sufficient when considering the purpose of sentencing as mandated by 18 USC § 3553.

DATED: Honolulu, Hawai'i, November 20, 2025.

/s/ Melinda K. Yamaga
MELINDA K. YAMAGA
Attorney for Defendant
SAMANTHA ANN DENNIS