# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 25-00065 DKW |
| CASE NAME: | USA v. (1) Samantha Ann Dennis |
| ATTYS FOR PLA: | Lauren M. Nakamura |
| ATTYS FOR DEFT: | (1) Melinda K. Yamaga |
| USPO: | Darren Quevedo |

| | | | |
|---|---|---|---|
| JUDGE: | Derrick K. Watson | REPORTER: | Beth Krupa |
| DATE: | 11/25/2025 | TIME: | 9:10 am - 9:45 am |

COURT ACTION:  EP:  Sentencing to the single-count Information as to Defendant Samantha Ann Dennis held.

Defendant Samantha Ann Dennis present, not in custody.

Defendant Samantha Ann Dennis plead guilty to the single-count Information on 8/5/2025, with a Plea Agreement.

Parties have reviewed the revised Presentence Report.  Having read the revised Presentence Report, and there being no other objections to the factual statements contained in the Report from either side with the potential to affect the guideline calculations, the Court adopts these statements as its own Findings.

The Memorandum of Plea Agreement has been accepted by the Court.

There are no objections to the sentencing guidelines.  Court findings made as to the applicable sentencing guidelines.  Court notes the aggravating and mitigating factors related to Defendant Samantha Ann Dennis's Sentencing.

Recommendations by Counsel as to proposed sentence heard.  Court's proposed sentence stated.  No legal objections to the proposed sentence.  Court imposes sentence.

SENTENCE:

Imprisonment: Time Served.

Supervised Release: 2 Years.

Fine: None.

Restitution: None.

Special Assessment: $100.00.

Court adopts all 13 Standard Conditions of Release as recommended by Probation to be incorporated as part of Defendant's sentence. The parties stipulated on the record to waive the Court's reading of the Standard Conditions of Supervised Release.

Conditions of Supervised Release:

You must abide by the mandatory and standard conditions of supervision, including the following conditions:

> You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than eight valid drug tests per month during the terms of supervision. (mandatory condition)
>
> You must cooperate in the collection of DNA as directed by the probation officer (mandatory condition).
>
> You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you are released, unless the probation officer instructs you to report to a different probation office or within a different time frame. (standard condition)

You must abide by the following special conditions:

1. You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (such as provider, location, modality, duration, and intensity).

2. As part of the substance abuse treatment regimen and monitoring, you must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

3. You are prohibited from using marijuana, synthetic marijuana, any products containing tetrahydrocannabinol, or any other products derived from a marijuana plant, including for medicinal or business purposes, without the prior approval of the Court.

4. You must not possess or use alcohol during the term of supervision. You must warn any other resident and/or guest that you are prohibited from possessing any alcohol in your residence and on your property. You must submit to alcohol testing at the direction of the probation office.

5. You must participate in a mental health assessment as coordinated by the probation officer. Based on the results of that assessment, the probation officer may then request that the court order specific mental health treatment.

6. You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the US Attorney's Office.

7. You must submit your person, property, house, residence, vehicle, papers, or office, to a search conducted by a probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

Defendant Samantha Ann Dennis advised of her right to appeal within 14 days of entry of judgment.

Submitted by: Tammy Kimura, Courtroom Manager